LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK E. INBODY (SBN 180862)
minbody@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY as successor in interest to MAINE BONDING & CASUALTY COMPANY, erroneously sued and served as "MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY; and GRANITE STATE INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:14-CV-01479-MCE-AC <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR JOINT STATUS REPORT <br><br> Judge:  Morrison C. England <br><br> Complaint Filed:  June 20, 2014 |

    This Stipulation is entered into by and between: (1) LEVIN ENTERPRISES, INC. ("Levin"); (2) ZURICH AMERICAN INSURANCE COMPANY ("Zurich American") as successor in interest to MAINE BONDING & CASUALTY COMPANY, which Zurich American contends was erroneously sued and served as "MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR JOINT STATUS REPORT
2:14-CV-01479-MCE-AC
8725177.1

BONDING & CASUALTY COMPANY"\; and (3) GRANITE STATE INSURANCE COMPANY ("Granite State").

**RECITALS**

1. On or about June 20, 2014, Levin filed an action entitled *Levin Enterprises, Inc. v. Maryland Casualty Company, et al.* in the Eastern District of California, Case No. 2:14-CV-01479-MCE-AC.

2. On or about July 8, 2014, Levin served the Complaint on defendant Granite State and Maryland Casualty Company, as successor in interest to Maine Bonding & Casualty Company, and Maine Bonding & Casualty Company.

3. The parties continue to meet and confer in good faith to file a Joint Status Report as required by the Court.

4. This is the first extension of time to which the parties are stipulating for an extension, and the total extension of time will be seven days.

**IT IS HEREBY STIPULATED AND AGREED:**

5. Pursuant to Local Rules 143 and 144(a), the parties will file a Joint Status Report no later than Monday, September 15, 2014.

DATED:                                    SELMAN BREITMAN LLP

By:_____
LINDA WENDELL HSU
MARK E. INBODY
Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY as successor in interest to MAINE
BONDING & CASUALTY COMPANY,
erroneously sued and served as "MARYLAND
CASUALTY COMPANY as successor in
interest to Maine Bonding & Casualty
Company; MAINE BONDING & CASUALTY
COMPANY"

| | |
|---|---|
| DATED: | HANSON BRIDGETT LLP |

By:_____
    HANI GANJI
Attorneys for Plaintiff
LEVIN ENTERPRISES, INC.

DATED:                         LYNBERG & WATKINS

By:_____
    R. JEFF CARLISLE
    JEROME P. DOCTORS
    RYAN C. BYKERK
Attorneys for Defendant
GRANITE STATE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: September 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT