**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| LEVIN ENTERPRISES, INC., | CASE NO. 2:14-CV-01479-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES** |
| v. | |
| MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY; and GRANITE STATE INSURANCE COMPANY, | Judge: Hon. Allison Claire |
| | Complaint filed: June 20, 2014 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff, LEVIN ENTERPRISES, INC. ("LEVIN") and Defendants MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company ("MARYLAND"); MAINE BONDING & CASUALTY COMPANY ("MAINE"); and GRANITE STATE INSURANCE COMPANY ("GRANITE").

**RECITAL**

1. On November 18, 2014, the Court issued a Scheduling Order requiring the parties to serve all Phase I initial disclosures upon one another by November 21, 2014.

**IT IS HEREBY STIPULATED AND AGREED:**

2. Pursuant to Local Rules 143 and 144(a), the parties will extend the deadline to

10677996.1

STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES

1  serve all Phase I initial disclosures upon one another until December 12, 2014.

2  DATED: November 19, 2014                    HANSON BRIDGETT LLP

3

4                                              By:       /s/ Hani Ganji
                                                   LINDA E. KLAMM
                                                   MILES C. HOLDEN
5                                                  HANI GANJI
                                                   Attorneys for
6                                                  LEVIN ENTERPRISES, INC

7  DATED: November 19, 2014                    SELMAN BREITMAN LLP

8

9                                              By:       /s/ Mark E. Inbody
                                                   LINDA WENDELL HSU
                                                   MARK E. INBODY
10                                                 Attorneys for
                                                   ZURICH AMERICAN INSURANCE
11                                                 COMPANY

12  DATED: November 19, 2014                   LYNBERG & WATKINS

13

14                                             By:       /s/ Jerome P. Doctors
                                                   R. JEFF CARLISLE
                                                   JEROME P. DOCTORS
15                                                 RYAN C. BYKERK
                                                   Attorneys for
16                                                 GRANITE STATE INSURANCE COMPANY

17  IT IS SO ORDERED.

18

19  Date: November 19, 2014

20                                             _____
                                               ALLISON CLAIRE
21                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

10677996.1
                                          -2-
STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES