1
2
3
4
5
6
7

8       **UNITED STATES DISTRICT COURT**

9       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| LEVIN ENTERPRISES, INC., | CASE NO. 2:14-CV-01479-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| v. | |
| MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY; and GRANITE STATE INSURANCE COMPANY, | Judge: Hon. Allison Claire
Complaint filed: June 20, 2014 |
| Defendants. | |

18      This Stipulation is entered into by and between Plaintiff, LEVIN ENTERPRISES, INC.

19   ("LEVIN") and Defendants ZURICH AMERICAN INSURANCE COMPANY ("Zurich

20   American") as successor in interest to MAINE BONDING & CASUALTY COMPANY, which

21   Zurich American contends was erroneously sued as "MARYLAND CASUALTY COMPANY as

22   successor in interest to Maine Bonding & Casualty Company; MAINE BONDING &

23   CASUALTY COMPANY"; and GRANITE STATE INSURANCE COMPANY ("GRANITE").

24   **RECITAL**

25      1.      On November 18, 2014, the Court issued a Scheduling Order requiring the parties

26   to serve all Phase I initial disclosures upon one another by November 21, 2014.  The Scheduling

27   Order also ordered a Settlement Conference to take place before Judge Carolyn K. Delaney on

28   December 16, 2014 at 9:30 a.m. with confidential settlement conference statements due to the

10713416.1

1  Court at least seven days prior to the Settlement Conference.

2      2.      On November 19, 2014, the Court granted the parties' stipulation and proposed

3  order to extend the deadline to serve Phase I initial disclosures upon one another until December

4  12, 2014.

5      3.      Because the parties may not receive one another's initial disclosures before

6  December 12, 2014, they will not have enough time to review the initial disclosures and

7  documents, prepare confidential settlement conference statements, and engage in meaningful

8  settlement discussions at the currently scheduled December 16, 2014 Settlement Conference.

9      4.      In addition, the parties are engaged in good faith efforts to schedule a mediation

10 between January and March 2015 (depending on the parties' and mediator's availability), and are

11 in the process of agreeing upon a mediator.

12 **IT IS HEREBY STIPULATED AND AGREED:**

13     5.      Pursuant to Local Rules 143 and 144(a), the Settlement Conference currently

14 scheduled for December 16, 2014 will be rescheduled for a date in April, 2015. The parties are

15 available on the following dates in April, 2015: 15, 16, 17, 20, 21, 22, and 23.

16 DATED: December 8, 2014                    HANSON BRIDGETT LLP

17
                                            By:_____/s/ Hani Ganji_____
18                                             LINDA E. KLAMM
                                               MILES C. HOLDEN
19                                             HANI GANJI
                                               Attorneys for
20                                             LEVIN ENTERPRISES, INC

21 DATED: December 8, 2014                    SELMAN BREITMAN LLP

22
                                            By:_____/s/ Mark E. Inbody_____
23                                             LINDA WENDELL HSU
                                               MARK E. INBODY
24                                             Attorneys for
                                               ZURICH AMERICAN INSURANCE
25                                             COMPANY

26

27

28

1    DATED: December 8, 2014                    LYNBERG & WATKINS

2

3                                              By:_____/s/ Jerome P. Doctors_____
                                                  R. JEFF CARLISLE
3                                                 JEROME P. DOCTORS
                                                  RYAN C. BYKERK
4                                                 Attorneys for
5                                                 GRANITE STATE INSURANCE COMPANY

6

7                                          ORDER

8         The court hereby approves the parties' foregoing stipulation in part and denies in part.

9    Although the court approves the parties' request for a continuance, it declines to set their

10   settlement conference on any of their proposed dates because Judge Delaney will not be available.

11   Instead, the parties' settlement conference will be held on April 28, 2015, at 9:30 a.m. before

12   Judge Carolyn K. Delaney.  In the future the parties should contact Judge Delaney's Courtroom

13   Deputy, Kyle Owen, at 916-930-4004 to obtain her available dates before filing any stipulation to

14   continue their settlement conference.

15   IT IS SO ORDERED.

16

17   Date:  December 11, 2014

18                                          _____
                                           ALLISON CLAIRE
19                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

10713416.1
                                              -3-