HANSON BRIDGETT LLP
LINDA E. KLAMM, SBN 71506
lklamm@hansonbridgett.com
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
HANI GANJI, SBN 272925
hganji@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Plaintiff
LEVIN ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEVIN ENTERPRISES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY; and GRANITE STATE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO. 2:14-CV-01479-MCE-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Carolyn K. Delaney<br><br>Complaint filed: June 20, 2014 |

This Stipulation is entered into by and between Plaintiff, LEVIN ENTERPRISES, INC. ("LEVIN") and Defendants ZURICH AMERICAN INSURANCE COMPANY ("Zurich American") as successor in interest to MAINE BONDING & CASUALTY COMPANY, which Zurich American contends was erroneously sued as "MARYLAND CASUALTY COMPANY as successor in interest to Maine Bonding & Casualty Company; MAINE BONDING & CASUALTY COMPANY"; and GRANITE STATE INSURANCE COMPANY ("GRANITE").

**RECITALS**

    1.    On April 2, 2015, the parties mediated the matter before Mr. Craig Meredith of JAMS.  While the parties were not able to resolve the case at that time, they agreed to a further exchange of information and documents to assist in a good faith attempt to settlement the matter.

2. The parties, however, are still in the process of exchanging information and documents and will not complete their review before the April 28, 2015 Settlement Conference. Thus, the parties cannot engage in meaningful settlement discussions at the currently scheduled April 28, 2015 Settlement Conference.

3. Based on LEVIN's counsel's discussion with Mr. Kyle Owen, Judge Delaney's Courtroom Deputy, the Settlement Conference may be rescheduled to August 14, 2015. This date will give the parties sufficient time to complete their exchange and review of documents and engage in further settlement discussions.

**IT IS HEREBY STIPULATED AND AGREED:**

5. Pursuant to Local Rules 143 and 144(a), the Settlement Conference currently scheduled for April 28, 2015 will be rescheduled to August 14, 2015.

DATED: April 21, 2015                HANSON BRIDGETT LLP

By:       /s/ Hani Ganji
          LINDA E. KLAMM
          MILES C. HOLDEN
          HANI GANJI
          Attorneys for
          LEVIN ENTERPRISES, INC

DATED: April 21, 2015                SELMAN BREITMAN LLP

By:       /s/ Mark E. Inbody
          LINDA WENDELL HSU
          MARK E. INBODY
          Attorneys for
          ZURICH AMERICAN INSURANCE
          COMPANY

DATED: April 21, 2015                LYNBERG & WATKINS

By:       /s/ Jerome P. Doctors
          R. JEFF CARLISLE
          JEROME P. DOCTORS
          RYAN C. BYKERK
          Attorneys for
          GRANITE STATE INSURANCE COMPANY

1  IT IS SO ORDERED.

2

3  Dated:  April 22, 2015

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28