UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIN ENTERPRISES, INC., | No. 2:14-cv-1479 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MARYLAND CASUALTY COMPANY, | |
| Defendant. | |

The undersigned presided over a settlement conference in this matter on November 16, 2015. The case settled and the parties were directed to file dispositional documents within thirty days. That time has now long passed and the parties have not complied with the court's order.

Accordingly, IT IS HEREBY ORDERED that the parties shall show cause no later than February 9, 2016 why sanctions should not be imposed on each party for failure to timely file dispositional documents. If dispositional documents are filed by February 9, 2016, the order to show cause will be discharged and no response need be filed.

Dated: January 27, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 levin1479.dispo.osc

1